```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

LLOYD C. COPPEDGE, RICHARD A.   )
SIRCY, JR., TROY M. STEFFY      )
and DENISE COLEMAN,             )
                                )
        Plaintiffs              )    No. 3:13-0069
                                )    Judge Campell/Bryant
v.                              )    **Jury Demand**
                                )
DOLLAR TREE STORES, INC.,       )
                                )
        Defendant               )

### **O R D E R**

Counsel for Defendant has filed a motion for the admission of Carson H. Sullivan to appear and participate *pro hac vice* in this case (Docket Entry No. 14). This motion was accompanied by a certificate of Ms. Sullivan's good standing as an active member of the Bar of the District of Columbia Court of Appeals (Docket Entry No. 14-1).

Local Rule 83.01(d)(1) provides that an attorney applying to participate *pro hac vice* in this District must certify good standing as a member of the Bar of another United States District Court. It appears that the certificate of good standing filed in support of the instant motion does not comply with the Local Rules.

According, ruling on the motion for admission of Ms. Sullivan *pro hac vice* will be deferred pending the filing of a certificate evidencing her good standing as a member of the Bar of another United States District Court and, upon the filing of such certificate, the pending motion shall be granted.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge