IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENISE COLEMAN ) | |
| LOYD C. COPPEDGE ) | |
| RICHARD A. SIRCY, JR. ) | |
| TROY M. STEFFY ) | |
| ) | |
| v. ) | No. 3-13-0069 |
| ) | JUDGE CAMPBELL |
| ) | |
| DOLLAR TREE STORES, INC. ) | |

ORDER

Pending before the Court are Defendant Dollar Tree Stores, Inc.'s Motion To Dismiss, Or In The Alternative, Transfer Plaintiff Denise Coleman (Docket No. 15); Plaintiff Denise Coleman's Motion To Strike And Response In Opposition To Defendant Dollar Tree Stores, Inc.'s Motion To Dismiss, Or In The Alternative, To Transfer Plaintiff Denise Coleman (Docket No. 26); and Defendant Dollar Tree Stores, Inc.'s Opposition to Plaintiff Denise Coleman's Motion To Strike (Docket No. 32). For the reasons stated in the accompanying Memorandum, Defendant Dollar Tree Stores, Inc.'s Motion To Dismiss, Or In The Alternative, Transfer Plaintiff Denise Coleman (Docket No. 15) is GRANTED in part and DENIED in part; and Plaintiff's Plaintiff Denise Coleman's Motion To Strike (Docket No. 26) is DENIED, as moot.

The Clerk is directed to transfer the case of Denise Coleman to the U.S. District Court for the Eastern District of Tennessee.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE